## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF HUMAN SERVICES,** | : | **No. 1:16-cv-00194** |
| **Plaintiff** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **UNITED STATES DEPARTMENT** | : | |
| **OF HEALTH & HUMAN** | : | |
| **SERVICES, <u>et al.</u>,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 28th day of September 2018, upon consideration of the parties'

cross-motions for summary judgment (Doc. Nos. 18, 25), **IT IS ORDERED THAT**:

1.  Defendants' motion for summary judgment (Doc. No. 25), is **GRANTED**;

2.  Plaintiff's motion for summary judgment (Doc. No. 18), is **DENIED**; and

3.  The Clerk of Court is directed to enter judgment in favor of Defendants and
    **CLOSE** the case.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
